NUMBER 13-01-254-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


CLAYTON HATFIELD PRINCE , Appellant,


v.



SHERRY JOLENE PRINCE , Appellee.

____________________________________________________________________


On appeal from the County Court at Law No. 2

of Montgomery County, Texas.

____________________________________________________________________


O P I N I O N

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam



Appellant, CLAYTON HATFIELD PRINCE , perfected an appeal from a judgment entered by the County Court at Law
No. 2 of Montgomery County, Texas, in cause number 00-05-02998-V . The clerk's record was filed on April 16, 2001 .
The reporter's record was filed on May 2, 2001 . Appellant's brief was due on June 1, 2001 . To date, no appellate brief
has been received.

When the appellant has failed to file a brief in the time prescribed, the Court may dismiss the appeal for want of
prosecution, unless the appellant reasonably explains the failure and the appellee is not significantly injured by the
appellant's failure to timely file a brief. Tex. R. App. P. 38.8(a)(1).

On July 23, 2001 , notice was given to all parties that this appeal was subject to dismissal pursuant to Tex. R. App. P.
38.8(a)(1). Appellant was given ten days to explain why the cause should not be dismissed for failure to file a brief. To
date, no response has been received.

The Court, having examined and fully considered the documents on file, appellant's failure to file a proper appellate brief,
this Court's notice, and appellant's failure to respond, is of the opinion that the appeal should be dismissed for want of
prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM



Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed

this the 31st day of August, 2001